# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TYKEIA T. WRIGHT, | |
| Plaintiff, | |
| v. | 1:18-cv-08449 |
| PREMIER RECOVERY GROUP, INC., | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

**To the Clerk of the U.S. District Court for the Northern District of Illinois**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff TYKEIA T. WRIGHT, requests that the Clerk enter the default of Defendant PREMIER RECOVERY GROUP, INC., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the affidavit of Nathan C. Volheim, Esq. attached hereto.

Dated: February 1, 2019  Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 568-3056 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

# CERTIFICATE OF SERVICE

        The undersigned, one of the attorneys for Plaintiff, certifies that on February 1, 2019, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served by U.S. Certified mail and electronic mail to the following addresses:

Premier Recovery Group, Inc.
c/o Registered Agent
Peltan Law, PLLC
128 Church Street
East Aurora, New York 14502
davidpeltan@peltanlaw.com

Premier Recovery Group, Inc.
255 Great Arrow, Suite 212A
Buffalo, New York 14207
greensquare.corp@gmail.com

Green Square Corporation
255 Great Arrow Drive, Suite 201
Buffalo, New York 14207
info@greensquare.com
greensquare.corp@gmail.com

        Respectfully submitted,

        s/ Nathan C. Volheim
        Nathan C. Volheim, Esq. #6302103