UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYKEIA T. WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>PREMIER RECOVERY GROUP, INC.,<br><br>    Defendant. | 1:18-cv-08449 |

### AFFIDAVIT FOR ENTRY OF DEFAULT

STATE OF ILLINOIS

COUNTY OF COOK

    Nathan C. Volheim, being duly sworn, says that he is an attorney for Plaintiff TYKEIA T. WRIGHT in the above-entitled action; that the complaint and summons in this action were served on Defendant PREMIER RECOVERY GROUP, INC. on January 10, 2019; that service was made by Michael Hadden, a certified process server and effected on David Peltan, Esq., the authorized registered agent for Defendant; that Defendant is not an infant, not in the military, and not an incompetent person; that the time in which Defendant may plead or otherwise defend has expired; that the Defendant has not plead, answered or otherwise defended, and that the time for Defendant to answer, plead or otherwise defend has not been extended.

_____
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*

**SWORN TO AND SUBSCRIBED** before me this  1st  day of  February , 2019.

_____
Notary

My commission expires  November 15 , 20 20 .

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020

1