UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYKEIA T. WRIGHT,<br><br>   Plaintiff,<br><br>v.<br><br>PREMIER RECOVERY GROUP,<br><br>   Defendant. | 1:18-cv-08449<br><br>Honorable Judge John J. Tharp, Jr. |

## PLAINTIFF'S INITIAL STATUS REPORT

Pursuant to Fed. R. Civ. P. 26(f) and this Court's Case Management Procedures, the Parties submit the following Joint Initial Status Report.

**1.**    **Nature of the Case**

     **A.**    **Parties:**

| For Plaintiff | For Defendant |
|---|---|
| **Nathan Charles Volheim** (Lead Attorney)<br>**Taxiarchis Hatzidimitriadis**<br>**Eric D. Coleman**<br>Sulaiman Law Group, Ltd.<br>2500 South Highland Avenue, Suite 200<br>Lombard, IL 60148<br>Phone: 630-575-8181<br>Fax: 630-575-8188<br>Email: nvolheim@sulaimanlaw.com<br>Email: thatz@sulaimanlaw.com<br>Email: ecoleman@sulaimanlaw.com | |

  B. **Claims asserted:**

Plaintiff brings Count I of her complaint for alleged violations of the Fair Debt Collection practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. Plaintiff alleges that Defendant violated the FDCPA by unfairly, misleadingly, and harassingly contacting her regarding collection of consumer debt.

  C. **Legal and factual issue:**

   i. Whether Defendant made false, harassing, and unfair statements to Plaintiff during the course of its collection activity?

  D. **Relief sought:** Plaintiff seeks statutory damages of up to $1,000.00 under the FDCPA, 15 U.S.C. §1692k(a)(2)(A). Additionally, Plaintiff seeks actual damages under as well as payment of her attorney fees and costs under the FDCPA, 15 U.S.C. §1692k(a)(3).

**2.** **Jurisdiction:** Plaintiff alleges this action arises under and is brought pursuant to the FDCPA. Plaintiff alleges subject matter jurisdiction is conferred upon this Court by 15 U.S.C §1692 *et seq*. as the action arises under the laws of the United States.

**3.** **Service:** Defendant has been properly served and the time to file a responsive pleading has elapsed. Plaintiff has filed a Motion for Entry of Default which is currently pending.

**4.** **Magistrate Judge:** Plaintiff consents to proceed before a Magistrate Judge but is unaware of Defendant's position.

**5.** **Motion:**

  A. There is a Motion for Entry of Default currently pending.

  B. Defendant's responsive pleading was due January 31, 2019.

**6.** **Settlement:**

      A.      Defendant has not entered the case. However, counsel for Plaintiff has heard from an attorney who claims to be representing Defendant and a settlement demand was tendered.

      B.      Plaintiff tendered a settlement demand to Defendant on December 4, 2018.

      C.      Plaintiff is willing to participate in a settlement conference but does not know Defendant's position.

Dated: February 8, 2019

s/ Nathan Charles Volheim
Nathan C. Volheim, Esq.
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 8, 2019, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

*Nathan C. Volheim*
Nathan C. Volheim