UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYKEIA T. WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>PREMIER RECOVERY GROUP, INC.,<br><br>    Defendant. | Case No. 1:18-cv-08449<br><br>Hon. Judge John T. Tharp, Jr. |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST
<u>PREMIER RECOVERY GROUP, INC. ON A SUM CERTAIN</u>**

    NOW comes TYKEIA T. WRIGHT ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. ("Sulaiman") and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, requesting that this Honorable Court enter a Default Judgment against PREMIER RECOVERY GROUP, INC., ("Defendant") and in support thereof, stating as follows:

    1. On December 26, 2018, Plaintiff filed her Complaint for Relief Pursuant to the Fair Debt Collection Practices Act ("FDCPA") against Defendant. The basis of Plaintiff's Complaint is that Defendant violated the FDCPA through its collection activities. Chiefly, Plaintiff alleges that Defendant utilized deceptive and misleading collection practices to coerce payment from her.

    2. On January 10, 2019, Defendant's Registered Agent, David Peltan, was served with a copy of Summons and Complaint.

    3. On January 31, 2019, Defendant's time to answer or otherwise plead elapsed.

    4. On February 1, 2019, after Defendant failed to answer or otherwise plead, Plaintiff filed a Motion for Entry of Default. Attached to the Motion for Entry of Default was an affidavit signed by the undersigned counsel attesting that service had properly been effectuated and Defendant was

1

not in member of a protected category. A copy of Plaintiff's Motion for Entry of Default was mailed and emailed to Defendant and its registered agent.

    5. On February 2, 2019, Registered agent for Defendant, David Peltan, responded to Plaintiff counsel's email and asked Plaintiff's counsel to provide him with the settlement demand. On February 3, 2019, Plaintiff's counsel provided Mr. Peltan with Plaintiff's settlement demand. To date, Plaintiff has not received any additional correspondence from the Mr. Peltan or any other representatives working for the defendant.

    6. On February 12, 2019 this Honorable Court granted an Entry of Default against Defendant.

    7. Having gained an Entry of Default against Defendant, Plaintiff now moves this Honorable Court to enter a Default Judgment on a Sum Certain against Defendant and in favor of Plaintiff.

    8. Defendant is aware of the instant proceedings and has willfully chosen not to enter the case despite proper service.

    9. Plaintiff seeks statutory damages pursuant to 15 U.S.C. §1692k (a)(2)(A) and payment of his costs and reasonable attorney fees pursuant to 15 U.S.C. §1692k(a)(3).

### STATUTORY DAMAGES

    10. Plaintiff seeks statutory damages of the maximum allowed under the FDCPA, $1,000.00, pursuant to 15 U.S.C. §1692k(a)(2)(A). Based on Defendant's conduct, Plaintiff believes this Honorable Court should not hesitate to impose liability on Defendant to the fullest extent of the law. Defendant's conduct display violations of several hallmarks of the FDCPA, including placing threatening phone calls to Plaintiff's cellphone and giving her the false impression that it had the legal ability to unilaterally garnish her wages without initializing legal proceeding in an attempt to coerce Plaintiff into paying the subject debt.

    14. Defendant has clearly demonstrated a lack of respect for the law and legal process. It has had notice of this lawsuit. Rather than avail itself of the legal process, Defendant has willfully

chosen not to participate and as such has waived its right to be given any benefit by this Honorable Court.

ATTORNEY FEES AND COSTS

15. Plaintiff seeks $4,607.90 in reasonable attorney fees and costs pursuant to 15 U.S.C. §1692k(a)(3). *See* attached Exhibit A is a true and correct itemization of Plaintiff's reasonable attorney fees and costs and attached Exhibit B is a true and correct copy of an affidavit endorsed by the undersigned.

WHEREFORE, Plaintiff TYKEIA T. WRIGHT, respectfully requests that this Honorable Court enter judgment in his favor as follows:

a. Entering a Default Judgment against PREMIER RECOVERY GROUP, INC., and in favor of Plaintiff;

b. Awarding Plaintiff statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against PREMIER RECOVERY GROUP, INC., and in favor of Plaintiff;

c. Awarding Plaintiff $4,607.90 in costs and reasonable attorney fees pursuant to 15 U.S.C. §1692k(a)(3) against PREMIER RECOVERY GROUP, INC., and in favor of Plaintiff;

d. Allowing judgment interest to be added; and

e. Awarding any other relief as this Honorable Court deems just and appropriate.

Dated: March 8, 2019

Respectfully submitted,

s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 568-3056 (phone)
(630) 575-8188 (fax)
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

      The undersigned, one of the attorneys for Plaintiff, certifies that March 8, 2019, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST WEINBERG MEDIATION GROUP, LLC ON A SUM CERTAIN, to be served by U.S. Certified mail, electronic mail and email on:

Premier Recovery Group, Inc.
c/o Registered Agent
Peltan Law, PLLC
128 Church Street
East Aurora, New York 14502
davidpeltan@peltanlaw.com

Premier Recovery Group, Inc.
225 Great Arrow, Suite 212A
Buffalo, New York 14207
Greensquare.corp@gmail.com

Green Square Corporation
255 Great Arrow Drive, Suite 201
Buffalo, New York 14207
info@greensquare.com
Greensquare.corp@gmail.com

                                              s/ Nathan C. Volheim
                                              Nathan C. Volheim, Esq.