# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYKEIA T. WRIGHT,<br><br>　　　Plaintiff,<br><br>v.<br><br>PREMIER RECOVERY GROUP, INC.,<br><br>　　　Defendants. | Case No. 1:18-cv-08449<br><br>Hon. Judge John T. Tharp, Jr. |

**ATTORNEY FEES AND COSTS**

**Attorney Fees:**

| Date | Description | Attorney/Staff | Rate | Time | Amount |
|---|---|---|---|---|---|
| 12/21/2018 | Reviewed of documents verify potential causes of action | Nathan Volheim | $375.00 | 0.5 | $187.50 |
| 12/21/2018 | Researched proper defendant | Nathan Volheim | $375.00 | 1.0 | $375.00 |
| 12/21/2018 | Verified facts to determine if all elements of FDCPA are present | Nathan Volheim | $375.00 | 0.5 | $187.50 |
| 12/22/2018 | Drafted Complaint | Nathan Volheim | $375.00 | 2.5 | $937.50 |
| 12/26/2018 | Final revisions of Complaint | Nathan Volheim | $375.00 | 0.5 | $187.50 |
| 12/26/2018 | Filed Complaint, Issued Summons and sent to clerk of Court to serve | Kiran Wadia | $125.00 | 2.0 | $250.00 |
| 1/14/2019 | Filed executed summons with the Court | Kiran Wadia | $125.00 | 0.2 | $25.00 |
| 2/1/2019 | Draft Motion for Entry of Default Judgment | Nathan Volheim | $375.00 | 1.0 | $375.00 |
| 2/1/2019 | Filed Motion for Entry of Default Judgment and sent to Defendant via mail, fax and email | Kiran Wadia | $125.00 | 1.0 | $125.00 |
| 2/3/2019 | Responded to an email from Defendant's Registered Agent Regarding Settlement Demand | Nathan Volheim | $375.00 | 0.2 | $75.00 |
| 2/8/2019 | Drafted Status Report | Nathan Volheim | $375.00 | 0.5 | $187.50 |
| 2/8/2019 | Filed Status Report | Kiran Wadia | $125.00 | 0.2 | $25.00 |

| 2/12/2019 | Reviewed Case and Attended Initial Status Hearing | Taxiarchis Hatzidmitiriadis | $375.00 | 1.0 | $375.00 |
|---|---|---|---|---|---|
| 2/25/2019 | Drafted Motion for Default Judgement | Nathan Volheim | $375.00 | 2.0 | $750.00 |
| | | | | | $4, 062.50 |

**Costs:**

| | |
|---|---|
| Filing Fee | $ 400.00 |
| Service Costs | $ 95.00 |
| Parking Fee | $ 30.00 |
| Mailing Cost | $ 20.40 |
| **Total Costs:** | **$ 545.40** |

**Grand Total**

| | |
|---|---|
| Attorney Fees | $ 4,062.50 |
| Costs | $ 545.40 |
| **Total** | **$ 4,607.90** |