# Exhibit B

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TYKEIA T. WRIGHT | |
|       Plaintiff, | |
| | Case No. 1:18-cv-08449 |
| v. | |
| | Hon. Judge John T. Tharp, Jr. |
| PREMIER RECOVERY GROUP, INC., | |
|       Defendants. | |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT**
**JUDGMENT AGAINST PREMIER RECOVERY GROUP, INC. ON A SUM CERTAIN**

I, Nathan C. Volheim, being duly sworn, state as follows:

1. I am the attorney for Plaintiff in the above-entitled action and as such, I am familiar with the billing, records, events, and pleadings in this matter.

2. The Summons and Complaint were served upon Defendant on January 10, 2019.

3. A responsive pleading to the Complaint was due on January 31, 2019. No response was tendered within the time allowed by law nor has the Defendant sought additional time within which to respond.

4. As required by the Service Members Civil Relief Act of 2003, I have confirmed that the Defendant is not currently in active military service.

5. To my best information and belief, Defendant is not an infant or an incompetent person. Plaintiff's primary claims are for statutory damages under the Fair Debt Collection Practices Act of $1,000.00 as provided under 15 U.S.C. §1692k (a)(2)(A).

6. Plaintiff seeks reasonable costs and attorney fees of $4,607.90 as provided under 15 U.S.C. §1692k(a)(3). Billing has been kept by an electronic billing system and is reasonable for an attorney with similar experience.

7. The Plaintiff is requesting the entry of judgment in the total amount of $5,607.90 against the Defendant for its violations of law.

Nathan C. Volheim, Esq. #6302103
Counsel for Plaintiff

**SWORN TO AND SUBSCRIBED** before me this 8th day of March, 2019.

Notary

My commission expires November 15, 2020.

"OFFICIAL SEAL"
KIRAN WADIA
Notary Public, State of Illinois
My Commission Expires 11/15/2020

2