# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Tykeia T. Wright

                        Plaintiff,

v.                                                     Case No.: 1:18−cv−08449
                                                           Honorable John J. Tharp Jr.

Premier Recovery Group, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 20, 2019:

       MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Defendant did not appear. For reasons stated on the record, plaintiff's motion for default judgment [13] is granted. Enter Judgment Order. Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.