UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYKEIA T. WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>PREMIER RECOVERY GROUP, INC.,<br><br>    Defendant. | Case No. 1:18-cv-08449<br><br>Hon. Judge John T. Tharp, Jr. |

**DEFAULT JUDGMENT ORDER**

1. Judgment by default is entered in favor of Plaintiff, TYKEIA T. WRIGHT, and against Defendant, PREMIER RECOVERY GROUP, INC., as follows:

    a. Statutory Damages      $ 1,000.00

    c. Attorney fees      $ 4,062.50

    d. Costs      $ 545.40

2. Allowing Plaintiff to add judgement interest per diem.

Dated: March 20, 2019

    Entered:

    /s/ John J. Tharp, Jr.
    John J. Tharp, Jr.
    United States District Judge